JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** MA          **Category No.** II          **Investigating Agency** FBI

**City**    Boston                        **Related Case Information:**

**County**    Suffolk                     Superseding Ind./ Inf. _____  Case No. _____

Same Defendant _____  New Defendant _____

Magistrate Judge Case Number _____

Search Warrant Case Number    25-1342-DLC

R 20/R 40 from District of _____

**Defendant Information:**                Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number 26-10084-IT, 26-10106-IT    ☑ Yes  ☐ No

Defendant Name    Lyani Sena-Brown                        Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name: _____

Address:    Boston, MA

Birth date (Yr only): 2001    SSN (last 4#): 7905    Sex: F    Race Black    Nationality: US

**Defense Counsel if known:**  Aviva E. Jeruchim        **Address:** 6 Beacon St., Ste 825

Bar Number:    547598                                    Boston, MA 02108

**U.S. Attorney Information**

AUSA:    Christine Wichers                    Bar Number if applicable: _____

**Interpreter:**    ☐ Yes  ☑ No          List language and/or dialect: _____

**Victims:**    ☐ Yes  ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:**    ☐ Yes  ☑ No

☐ Warrant Requested    ☑ Regular Process    ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____ on _____

**Charging Document:**    ☐ Complaint    ☑ Information    ☐ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 4/13/2026            Signature of AUSA: *[signature]*

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   Lyani Sena-Brown

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | Sealed | Sealed | 1 |
| Set 2 | 18 USC 1343 | Wire Fraud | 2-3 |
| Set 3 | 18 USC 981(a)(1)(C), 28 USC 2461 | Forfeiture | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013