UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 26cr10108 |
| | ) | |
| LYANI SENA-BROWN, | ) | |
| | ) | |

Defendant

**GOVERNMENT'S ASSENTED-TO MOTION TO FILE
PARTLY REDACTED CASE OPENING DOCUMENTS**

Pursuant to Local Rule 7.2, and with the assent of the defendant through her counsel, Aviva Jeruchim, the Government respectfully requests that the Court permit the Government to file the following documents with partial redactions and to file the unredacted versions under seal with the Court: (1) Information, and (2) Deferred Prosecution Agreement and attached Statement of Facts. The basis of the motion is that these documents contain confidential information pertaining to the defendant.

Respectfully submitted,

LEAH B. FOLEY
UNITED STATES ATTORNEY

By:    */s/ Christine Wichers*
CHRISTINE WICHERS
Assistant U.S. Attorney

**Certificate of Service**

I certify that this document filed through the ECF system will be emailed to Aviva Jeruchim and sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 13, 2026.

*/s/ Christine Wichers*
Christine Wichers